IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA ROBINSON, | ) | 1:08cv1248 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 14) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On April 9, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before April 19, 2009.

IT IS SO ORDERED.

Dated: **April 13, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1