IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　　Defendant. | 1:08cv01248 DLB<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE<br><br>(Document 16) |

Pursuant to the parties' stipulation to dismiss with prejudice filed on April 24, 2009, this action is DISMISSED WITH PREJUDICE. Each party shall bear his or her own costs and expenses, including but not limited to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　　Dated:　**May 1, 2009**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1